


09-CV-00415-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JESUS RANGEL-REYNEL,<br><br>    Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director,<br>U.S. Immigration and Customs<br>Enforcement,<br><br>    Respondent. | NO. C09-415-JLR-JPD<br><br>ORDER GRANTING PETITIONER'S<br>PETITION FOR WRIT OF HABEAS<br>CORPUS |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, Dkt. 2, respondent's motion to dismiss, Dkt. 8, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the government's objections thereto, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 2, is GRANTED, and respondent's motion to dismiss, Dkt. 8, is DENIED.

(3) Respondents shall provide petitioner with an individualized bond hearing within twenty days of the date of this Order before an Immigration Judge with the

power to grant him bail unless the government establishes that he is a flight risk or will be a danger to the community.

(4) The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 3RD day of Sept, 2009.

JAMES L. ROBART
United States District Judge

ORDER GRANTING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS
- 2